**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Batesville MS 595 Limited Partnership | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA AP Hotels of Mississippi, Inc.; DBA Amerihost Inn Batesville | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>36-1271634 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>2355 S. Arlington Heights Rd., Ste. 400<br>Arlington Heights, IL<br>ZIP Code: 60005 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Batesville MS 595 Limited Partnership |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: AP Hotels of Mississippi, Inc. | Case Number: 05-34900 | Date Filed: 8/31/05 |
| District: N.D. Ill. | Relationship: Owner (100%) | Judge: A. Benjamin Goldgar |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. <br><br> X_____ <br> Signature of Attorney for Debtor(s)             Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. <br><br> ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)** FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Batesville MS 595 Limited Partnership |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  /s/ Catherine Steege
Signature of Attorney for Debtor(s)

Catherine Steege  6183529
Printed Name of Attorney for Debtor(s)

JENNER & BLOCK LLP
Firm Name

One IBM Plaza
Chicago, IL 60611
Address

312-222-9350  Fax: 312-527-0484
Telephone Number

October 28, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Stephen K. Miller, Interim President and CEO
Signature of Authorized Individual

Stephen K. Miller, Interim President and CEO
Printed Name of Authorized Individual

on Behalf of General Partner
Title of Authorized Individual

October 28, 2005
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  Batesville MS 595 Limited Partnership            Case No.
                        Debtor(s)                       Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Amerihost Franchise Systems, Inc.<br>P.O. Box 371714<br>Pittsburgh, PA 15251-7714 | Amerihost Franchise Systems, Inc.<br>P.O. Box 371714<br>Pittsburgh, PA 15251-7714 | | | 160.50 |
| BLI Lighting Specialists<br>P.O. Box 128<br>Hopkins, MN 55343-0128 | BLI Lighting Specialists<br>P.O. Box 128<br>Hopkins, MN 55343-0128 | | | 217.26 |
| City of Batesville Gas & Water<br>PO Box 689<br>Batesville, MS 38606 | City of Batesville Gas & Water<br>PO Box 689<br>Batesville, MS 38606 | | | 2,880.64 |
| Courtesy Products, L.L.C.<br>P.O. Box 17488<br>Saint Louis, MO 63178-7488 | Courtesy Products, L.L.C.<br>P.O. Box 17488<br>Saint Louis, MO 63178-7488 | | | 138.84 |
| Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | | | 640.32 |
| Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | | | 81.86 |
| Empire Cooler Service, Inc.<br>940 W. Chicago Ave.<br>Chicago, IL 60622 | Empire Cooler Service, Inc.<br>940 W. Chicago Ave.<br>Chicago, IL 60622 | | | 1,826.73 |
| The Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | The Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | | | 211.86 |
| Mill Distributors, Inc.<br>P.O. Box 92427<br>Cleveland, OH 44193 | Mill Distributors, Inc.<br>P.O. Box 92427<br>Cleveland, OH 44193 | | | 667.14 |
| Onity Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | Onity Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | | | 175.66 |
| Panola County Coop.<br>725 Hwy 6 West<br>PO Box 449<br>Batesville, MS 38606 | Panola County Coop.<br>725 Hwy 6 West<br>PO Box 449<br>Batesville, MS 38606 | | | 83.82 |

In re   Batesville MS 595 Limited Partnership                                Case No.   _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Panola Paper Co. PO Box 1146 179 Corporate Dr Batesville, MS 38606 | Panola Paper Co. PO Box 1146 179 Corporate Dr Batesville, MS 38606 | | | 174.15 |
| Rainbow International 110 Quarry Rd. Lancaster, OH 43130 | Rainbow International 110 Quarry Rd. Lancaster, OH 43130 | | | 250.00 |
| Safemark Systems P.O. Box 102008 Atlanta, GA 30368-2008 | Safemark Systems P.O. Box 102008 Atlanta, GA 30368-2008 | | | 170.75 |
| SBC Long Distance P.O. Box 660688 Dallas, TX 75266-0688 | SBC Long Distance P.O. Box 660688 Dallas, TX 75266-0688 | | | 95.42 |
| Tallahatchie Valley Electric P.O. Box 513 Batesville, MS 38606 | Tallahatchie Valley Electric P.O. Box 513 Batesville, MS 38606 | | | 3,326.04 |
| Tax Commission - Sales Tax PO Box 960 Jackson, MS 39205 | Tax Commission - Sales Tax PO Box 960 Jackson, MS 39205 | | | 6,065.00 |
| Tax Commission Special Tax - 960 PO Box 960 Mississippi Tax Comm Jackson, MS 39205 | Tax Commission Special Tax - 960 PO Box 960 Mississippi Tax Comm Jackson, MS 39205 | | | 2,597.00 |
| World Cinema, Inc. 9801 Westheimer #409 Houston, TX 77042-3953 | World Cinema, Inc. 9801 Westheimer #409 Houston, TX 77042-3953 | | | 526.44 |
| WorldTravel Partners 7310 NW Tiffany Sprin Pkwy 1st Flr Kansas City, MO 64153 | WorldTravel Partners 7310 NW Tiffany Sprin Pkwy 1st Flr Kansas City, MO 64153 | | | 98.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the on Behalf of General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   October 28, 2005                         Signature   /s/ Stephen K. Miller, Interim President and CEO
                                                            Stephen K. Miller, Interim President and CEO
                                                            on Behalf of General Partner

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re: Batesville MS 595 Limited Partnership, Debtor

Case No. _____

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AP Hotels of Mississippi, Inc.<br>2355 S. Arlington Heights Rd., Ste. 400<br>Arlington Heights, IL 60005 | | | 100% Owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the on Behalf of General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 28, 2005

Signature: /s/ Stephen K. Miller, Interim President and CEO
Stephen K. Miller, Interim President and CEO
on Behalf of General Partner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

In re   Batesville MS 595 Limited Partnership                              Case No.
                                        Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the on Behalf of General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   October 28, 2005                          /s/ Stephen K. Miller, Interim President and CEO
                                                  Stephen K. Miller, Interim President and CEO/on Behalf of General
                                                  Partner
                                                  Signer/Title

| | | |
|---|---|---|
| Amerihost Franchise Systems, Inc.<br>P.O. Box 371714<br>Pittsburgh, PA 15251-7714 | The Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Tax Commission Special Tax - 960<br>PO Box 960<br>Mississippi Tax Comm<br>Jackson, MS 39205 |
| Batesville Building Supply, Inc.<br>151 Highway 51 North<br>Batesville, MS 38606 | Mill Distributors, Inc.<br>P.O. Box 92427<br>Cleveland, OH 44193 | True Value Building Materials<br>125 McMahan Dr<br>PO Box 1622<br>Batesville, MS 38606 |
| BellSouth<br>P. O. Box 70529<br>Charlotte, NC 28272-0529 | Onity Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | World Cinema, Inc.<br>9801 Westheimer<br>#409<br>Houston, TX 77042-3953 |
| BLI Lighting Specialists<br>P.O. Box 128<br>Hopkins, MN 55343-0128 | Panola County Coop.<br>725 Hwy 6 West<br>PO Box 449<br>Batesville, MS 38606 | WorldTravel Partners<br>7310 NW Tiffany Sprin Pkwy<br>1st Flr<br>Kansas City, MO 64153 |
| City of Batesville Gas & Water<br>PO Box 689<br>Batesville, MS 38606 | Panola Paper Co.<br>PO Box 1146<br>179 Corporate Dr<br>Batesville, MS 38606 | |
| Courtesy Products, L.L.C.<br>P.O. Box 17488<br>Saint Louis, MO 63178-7488 | Rainbow International<br>110 Quarry Rd.<br>Lancaster, OH 43130 | |
| Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | Safemark Systems<br>P.O. Box 102008<br>Atlanta, GA 30368-2008 | |
| Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | SBC Long Distance<br>P.O. Box 660688<br>Dallas, TX 75266-0688 | |
| Empire Cooler Service, Inc.<br>940 W. Chicago Ave.<br>Chicago, IL 60622 | Tallahatchie Valley Electric<br>P.O. Box 513<br>Batesville, MS 38606 | |
| The First Security Bank<br>ATTN: Note Department<br>P.O. Box 690<br>Batesville, MS 38606 | Tax Commission - Sales Tax<br>PO Box 960<br>Jackson, MS 39205 | |